IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 76

| | |
|---|---|
| LAND O'LAKES, INC., and LAND O'LAKES PURINA FEED, LLC, ) ) | |
| Plaintiffs ) | |
| V ) | **ORDER** |
| TAP ROOT DAIRY, LLC, *et al.*, ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on Frank B. Jackson's Application for Admission to Practice *Pro Hac Vice* of Benjamin C. Harrison. It appearing that Benjamin C. Harrison is a member in good standing with the South Carolina State Bar and will be appearing with Frank B. Jackson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Frank B. Jackson's Application for Admission to Practice *Pro Hac Vice* (#10) of Benjamin C. Harrsion is **GRANTED**, and that Benjamin C. Harrison is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Frank B. Jackson.

Signed: May 31, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge